**Electronically Filed
Supreme Court
SCWC-30254
14-SEP-2011
11:40 AM**

NO. SCWC-30254

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————

EDMUND M. ABORDO, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

———————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30254; S.P.P. NO. 09-1-0026; S.P. NO. 09-1-0426;
CR. NO. 93-0737)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ. and
Circuit Judge Ahn, in place of Acoba, J., recused)

Petitioner/Petitioner-Appellant Edmund M. Abordo's
application for writ of certiorari, filed on August 5, 2011, is
hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 14, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Karen S.S. Ahn



Edmund M. Abordo,
petitioner/petitioner-
appellant *pro se*, on
the application